## RALPH ABED *v.* COMMISSIONER OF CORRECTION

The petitioner Ralph Abed's petition for certification for appeal from the Appellate Court, 43 Conn. App. 176 (AC 14782), is denied.

*William Emmett Dwyer*, in support of the petition.

*Steven R. Strom*, assistant attorney general, in opposition.

Decided October 29, 1996